To Whom it my concern,

    I am writing the courts in request of a copy of my Docket Sheet, and past Criminal History Record. Please send me a copy A.S.A.P. Thank you very much for your time.

                                                                                     *[signature]*

1:01-CR-72
1:01-CR-76

**FILED**
HARRISBURG, PA

SEP 13 2006

MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

HARRISBURG PA 171
12 SEP 2006 PM 2 L

U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108

17108+0983

Beyah Sills
10671-067