FILED
HARRISBURG, PA
MAR 13 2008
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

01-072-03

To The Honorable District Court Judge:
Judge Caldwell

Your Honor,
   Not understanding anything about the new Crack law, this is a humble request that this honorable court look into my record to see if I can benefit from the new, and if so aid me toward representation.
                                    Humbly requested

1:CR-01-00072-003   Beyah Sills 10621-067
                    L.S.C.I Allenwood
                    P.O. box 1000
                    White Deer Pa. 17887

                           Beyah Sills

Bryatt Sills #10621-067
Low Security Correctional Institution
P.O. Box 1000
White Deer, PA 17887



HARRISBURG PA 171
12 MAR 2008 PM 5 T

"LET US DARE TO
THINK, SPEAK A[...]
[...]

U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108

17108+0983