

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: http://www.pamd.uscourts.gov

**MARY E. D'ANDREA**
*Clerk of Court*

Divisional Offices:

Harrisburg:     (717) 221-3920
Williamsport:   (570) 323-6380

In Re: Standing Order 08-2 Appointment of Counsel in Proceedings Related to the Retroactive Crack-Cocaine Guideline Amendments

Dear *Beyah Sills:*

The Clerk's Office has received your document for filing regarding the Retroactive Crack-Cocaine Guideline Amendments. Your document has been docketed to Case Number: *1:01-CR-0072-003, USA v. Beyah Sills.*

The Federal Public Defender, 100 Chestnut Street, Suite 600, Harrisburg, PA 17101, phone number: 717-782-2237, is appointed to represent you in this matter pursuant to Standing Order 08-2, which is attached. You are responsible for reading the Standing Order.

Sincerely,

Mary E. D'Andrea, Clerk of Court

By: s/ Kevin J. Neary
     Deputy Clerk

Dated: March 13, 2008