FILED
HARRISBURG, PA

MAR 13 2008

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

01-072-03

To The Honorable District Court Judge:
Judge Caldwell

Your Honor.
 Not understanding anything about the new Crack law. this is a humble request that this honorable court look into my record to see if I can benefit from the new. and if so aid me toward representation
  Humbly Requested

1:CR-01-00072-003  Beyah Sills 10621-067
                   L.S.C.I Allenwood
                   P.O box 1000
                   White Deer Pa. 17887

Beyah Sills

Bryant Sills #10611-067
Low Security Correctional Institution
P.O. Box 1000
White Deer, PA 17887

HARRISBURG PA 171
13 MAR 2008 PM 5 T

"LET US DARE TO
THINK, SPEAK A[ND ACT]
John Adams, 17[...]"

U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108

17108+0983